## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| **RICHARD RUSSELL,** | : | |
| Plaintiff, | : | |
| | : | Case No. 3:20-cv-02859-JRK |
| v. | : | |
| | : | Judge James R. Knepp, II |
| **CITY OF BELLEVUE, OHIO,** | : | |
| | : | **STIPULATED NOTICE OF** |
| Defendant. | : | **DISMISSAL WITH PREJUDICE** |
| | : | |

Now come the parties, by and through counsel, and do hereby stipulate that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), at Plaintiff's cost and with each party to bear their own attorneys' fees.

Respectfully submitted,

By:  /s/ Michael Conway
     Michael Conway (58413)
     3456 Sandlewood Drive
     Brunswick, OH 44212
     Telephone: 330.220.7660
     xray2alpha@aol.com

     *Attorney for Plaintiff*

By:  /s/  John W. Hofstetter
     Edward H. Chyun (76880)
     John W. Hofstetter (87071)
     Littler Mendelson, P.C.
     Key Tower, 127 Public Square,
     Suite 1600
     Cleveland, OH  44114
     Telephone: 216.696.7600
     Facsimile: 216.696.2038
     echyun@littler.com
     jhofstetter@littler.com

     *Attorneys for Defendant*